UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-9481-MWF (AS) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Deangelo Clay v. B.M. Cash, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On November 19, 2012, Plaintiff Deangelo Clay ("Plaintiff") filed a Complaint, pursuant to 42 U.S.C. § 1983 (Docket Entry No. 3). On February 26, 2014, the Court dismissed the Complaint, and granted Plaintiff leave to file a First Amended Complaint ("FAC") no later than March 26, 2014 (Docket Entry No. 40). On April 7, 2014, the Court found that Plaintiff was apparently no longer located at his address of record, and ordered him to notify the Court of his current address and telephone number no later than April 17, 2014 (Docket Entry No. 41). To date, Plaintiff has failed to file a FAC or notify the Court of his current address and telephone number.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE as to why the Court should not dismiss this action for failure to prosecute and obey court orders. Plaintiff must file a response to this Order no later than **May 9, 2014.** In lieu of a response to this Order, Plaintiff may file a FAC *and* notify the Court of his current address and telephone number **no later than May 9, 2014**.

**Plaintiff is expressly warned that failure to file a timely response to this Order, or instead timely file a FAC and a notification of his current address and telephone number, may result in a recommendation that this action be dismissed with prejudice for failure to comply with court orders. See Fed. R. Civ. P. 41(b).**

cc:     Deangelo Clay (J-60165)
        California State Prison, Corcoran (CSP-COR)
        P.O. Box 8800
        Corcoran, CA 93212-8309

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |