1

2

3

4

5

6

7

8

9                       **UNITED STATES DISTRICT COURT**

10                     **CENTRAL DISTRICT OF CALIFORNIA**

11

12 DEANGELO CLAY,                 )     NO. CV 12-9481-MWF (AS)
                                  )
13                 Plaintiff,     )
                                  )
14        v.                      )     **ORDER ACCEPTING FINDINGS,**
                                  )
15 B.M. CASH, et al.,             )     **CONCLUSIONS AND RECOMMENDATIONS OF**
                                  )
16                                )     **UNITED STATES MAGISTRATE   JUDGE**
                   Defendants.    )
17 _____)

18

19

20

21        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

22 Complaint, all of the records herein, and the Report and Recommendation

23 of United States Magistrate Judge.  The time for filing Objections to

24 the Report and Recommendation has passed and no Objections have been

25 received.  Accordingly, the Court accepts the findings, conclusions and

26 recommendations of the Magistrate Judge.

27 //

28 //

1    **IT IS ORDERED** that Judgment shall be entered dismissing this
2    action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order
5    and the Judgment herein on Plaintiff at his current address of record.

6

7    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9    DATED: July 10, 2014.

10

11

12    _____

13    MICHAEL W. FITZGERALD
      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2